IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Criminal Action No. |
| WATSON STEVE DILBERT, : | 5:93-CR-22 (HL) |
| Defendant. : | |

### ORDER

Defendant Watson Steve Dilbert has filed a Motion for Reconsideration (Doc. 313) of the Court's December 15, 2003, Order (Doc. 245) denying his Motion to Reduce Sentence (Doc. 198). Defendant's Motion to Reduce Sentence was based on Sentencing Guidelines Amendment 599. After considering the factors articulated in 18 U.S.C. § 3553(a), this Court denied his Motion. On November 3, 2004, the Eleventh Circuit affirmed the decision. (Doc. 262.)

In the Motion for Reconsideration presently before the Court, Dilbert urges the Court to reevaluate the § 3553(a) factors in light of his "post conviction rehabilitation." In support of this request, Dilbert attached approximately 20 pages of exhibits. The exhibits consist of his inmate education transcript and various certificates for some of the educational programs he has completed while in prison.

"Under the law-of-the-case doctrine, an issue decided at one stage of a case

1

is binding at later stages of the same case." United States v. Escobar-Urrego, 110 F.3d 1556, 1560 (11th Cir. 1997). There are three exceptions to this doctrine: (1) newly discovered evidence; (2) an intervening change in controlling law; or (3) the prior decision is clearly erroneous and would result in manifest injustice if applied. Id. at 1561.

Here, this Court previously denied Defendant's Motion to Reduce Sentence, and that Order was affirmed by the Eleventh Circuit Court of Appeals. Defendant's attempt to have this Court revisit the Motion he filed approximately six years ago is barred by the law-of-the-case doctrine, and none of the exceptions are applicable. In addition to being barred, the Motion is without merit. A defendant's post-sentencing rehabilitative efforts are not a proper basis for a downward departure when resentencing a defendant for that offense. U.S.S.G. § 5K2.19. For these reasons, Defendant's Motion for Reconsideration is denied.

**SO ORDERED**, this the 4th day of May, 2009.

*s/   Hugh Lawson*
**HUGH LAWSON, Judge**

dhc